UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PMT NPL FINANCING 2015-1,

        Plaintiff,

v.

THOMAS C. LEE, et al.,

        Defendants.

CASE NO. C18-0358-JCC

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

Because defendant does not appear to have funds available to afford the $400.00 filing fee, he financially qualifies for *in forma pauperis* (IFP) status. Therefore, defendant's IFP application (Dkt. 1) is GRANTED. However, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B). In particular, it should be noted this is defendant's fourth attempt to remove this matter from state court and that, in each prior instance, the Court found no basis for the exercise of federal jurisdiction and remanded the case. *See* Case No. C17-0535-RSM (Dkt. 14); Case No. C17-1376-RSL (Dkt. 13); Case No. C18-0212-JCC (Dkt. 8). The Clerk of the Court is directed to send a copy of this Order to defendant and to the assigned District Judge.

DATED this 21st day of March, 2018.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING IFP
PAGE - 1